IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMI NAIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:15-cv-842 |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY – TRAVELER REDRESS ) | Hon. Milton I. Shadur |
| INQUIRY PROGRAM ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, RAMI NAIM, and Defendant, DEPARTMENT OF HOMELAND SECURITY – TRAVELER REDRESS INQUIRY PROGRAM ("DHS TRIP") state as follows:

WHEREAS, Plaintiff filed a complaint on January 28, 2015, alleging that "the government may have included mistaken information about [him] within federal watchlists" without due process of law, and seeking removal from all federal watchlists and a "meaningful opportunity to correct any mistaken information" that might be included on such watchlists. *See* ECF No. 1, at 2.

WHEREAS, on April 13, 2015, Defendant filed a motion to dismiss and memorandum of law in support thereof. *See* ECF Nos. 4, 5.

WHEREAS, on April 18, 2015, the Plaintiff filed a motion to amend the caption

1

and to join as plaintiffs his family members, Mr. Ali Ahmad Naim, Mr. Mohamed Ali Naim, Mr. Ahmed Ali Naim, and Ms. Raguida Naim. *See* ECF No. 7.

WHEREAS, on May 1, 2015, the Court entered a minute order which entered and continued Plaintiff's joinder motion and granted Plaintiff additional time, until May 29, 2015, to file an amended complaint. *See* ECF No. 9.

WHEREAS, in response to Plaintiff's concerns, DHS TRIP has sent subsequent letters to Plaintiff, as well as to his brothers, Messrs. Ahmed Naim and Mohamed Naim, and his father Ali Naim, stating that the prior letters DHS TRIP sent to these individuals were sent in error.

WHEREAS, Messrs. Rami Naim, Ahmed Naim, Mohamed Naim, and Ali Naim have all received valid Redress Control Numbers from DHS TRIP, corresponding with each individual's respective DHS TRIP inquiry.

WHEREAS, with respect to Ms. Raguida Naim (the sister of the Plaintiff), who has alleged a travel-related difficulty in which she was dispossessed of her green card at Boston Logan International Airport, DHS TRIP has stated that it is still in the process of reviewing her inquiry, and will provide a final determination letter upon completion of its review.

NOW THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action *without* prejudice.

2. It is the express intention of the Parties that dismissal pursuant to this stipulation will have no preclusive effect whatsoever on any future litigation that is based on or including the same claims described above, or on any new travel-related event as to Plaintiff or the other above-mentioned Naim family members.

3. Each Party shall pay its own attorney's fees and costs in this case.

4. The Parties agree that the court may enter an order pursuant to the terms of the stipulation and may enforce paragraph 2 in the event a new action is filed or if this action is refiled or reinstated.

5. Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation.

IT IS SO STIPULATED this day of May 20, 2015.

                                                                       Respectfully submitted,

                                                                       BENJAMIN C. MIZER
                                                                       Principal Deputy Assistant Attorney General

                                                                       ZACHARY T. FARDON
                                                                       United States Attorney

                                                                       ANTHONY J. COPPOLINO
                                                                       Assistant Branch Director

| s/ Hassan A. Abbas | s/ Samuel M. Singer |
|---|---|
| Hassan A. Abbas | Samuel M. Singer |
| 19 Don Carlos Driver | (DC Bar No. 1014022) |
| Hanover Park, IL 60133 | U.S. Department of Justice |
| Tel. (646) 696-4979 | Civil Division, Federal Programs Branch |

Fax (312) 264-0444  
ha.law@hotmail.be  
Counsel for Plaintiff

20 Massachusetts Ave., NW  
Washington, D.C. 20530  
(202) 616-8014 (direct)  
(202) 616-8470 (fax)  
samuel.m.singer@usdoj.gov  
Counsel for Defendant